IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation et al.,<br><br>                Plaintiff,<br>v.<br><br>RALPH NORWOOD,<br><br>                Defendant. | Civil Action No. 04-701-SLR |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules Civil Procedure, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and expenses. This case is hereby closed.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_/s/ Joseph A. Malfitano_  6/13/07
Joseph A. Malfitano (No. 4020)
Maribeth L. Minella (No. 4185)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
mminella@ycst.com

    -and-

KELLEY DRYE & WARREN LLP
Douglas E. Julie[1]
101 Park Avenue
New York, New York 10178
(212) 808-7800

Attorneys for Plaintiff

_/s/ Ralph M. Norwood_  6/11/07
Ralph M. Norwood (*Pro Se*)
56 Fox Hill Road
Wellesley Hills, Massachusetts 02481

Defendant

SO ORDERED:

Dated:_____      _____

---

[1] Not admitted to practice in Delaware

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I caused a copy of the foregoing document to be served upon the following party in the manner indicated:

FIRST-CLASS MAIL

Mr. Ralph M. Norwood
56 Fox Hill Road
Wellesley Hills, MA  02481

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Erin Edwards
        Erin Edwards (No 4392)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        P.O. Box 391
        Wilmington, DE 19899-0391
        (302) 571-6600